# United States Navy-Marine Corps Court of Criminal Appeals

———————————————

**UNITED STATES**
Appellee

**v.**

**Connor J. SILVIS**
Aviation Boatswain's (Equipment) Airman (E-3), U.S. Navy
Appellant

**No. 201800295**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 5 April 2019.

Military Judge:
Captain Ann K. Minami, JAGC, USN.

Sentence adjudged 12 July 2018 by a special court-martial convened at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 9 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Derek C. Hampton, JAGC, USN.*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

Before FULTON, HITESMAN, and FOIL,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court